Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -2 AM 9:43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

BARBARA HUBBARD,
Plaintiff,

vs

SMART & FINAL STORES, LLC dba
SMART & FINAL #463; SMART &
FINAL PROPERTIES I, LLC;
Defendants.

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0564 W LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane, Chico, CA  95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____
W. Samuel Hamrick, Jr.
CLERK

APR 0 2 2008
_____
DATE

By _____J. PARIS_____
Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)