| Attorney or Party without Attorney:<br>LYNN HUBBARD, III, Bar #69773<br>12 WILLIAMSBURG LANE<br>CHICO, CA 95926<br>Telephone No: 530 895-3252    FAX No: 530 894-8244 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: KAINA |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Southern District Of California |
| Plaintiff: BARBARA HUBBARD |
| Defendant: SMART & FINAL STORES, LLC ET AL |

| PROOF OF SERVICE<br>S&C USDC | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0564WLSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;

3. a. Party served:                                SMART & FINAL PROPERTIES I, LLC
   b. Person served:                              JUAN DE PABLO-PROCESS CLERK-AUTHORIZED TO ACCEPT

4. Address where the party was served:      CT CORPORATION
                                              818 WEST 7TH STREET
                                              LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 07, 2008 (2) at: 1:40PM

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICH WILSON C.C.P.S.                    d. *The Fee for Service was:*    $15.00

   HANSEN'S GUARANTEED PROCESS CO.            e. I am: (3) registered California process server
   8607 IMPERIAL HWY. SUITE #206
   DOWNEY, CA 90242                               (i) Owner
   (562)904-9460, FAX (562)904-9462               (ii) Registration No.:    5613
   gary@hansensguaranteed.com                     (iii) County:             Los Angeles
   www.hansensguaranteed.com                      (iv) Expiration Date:     Fri, Oct. 09, 2009



8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Apr. 08, 2008

Judicial Council Form                           PROOF OF SERVICE                (RICH WILSON C.C.P.S.)
Rule 982.9.(a)&(b) Rev January 1, 2007              S&C USDC                                                3252.18226