# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>                      Plaintiff,<br>vs.<br><br>SMART & FINAL STORES LLC. et. al.,<br><br>                      Defendants. | CASE NO. 08-CV-0564 W (LSP)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT (Doc. No. 4)** |

      On April 2, 2008 Plaintiff Barbara Hubbard ("Plaintiff") filed an amended complaint against Defendants Smart & Final Stores LLC. et. al. ("Defendants"). (Doc. No. 1.) On April 28, 2008 both parties stipulated to an extension of time for Defendants to answer. (Doc. No. 4.) Good cause showing, the Court **GRANTS** the parties' joint motion and extends Defendants' time to answer the complaint until **May 16, 2008**.

      **IT IS SO ORDERED.**

DATED: April 29, 2008

                                            _____<br>                                            Hon. Thomas J. Whelan<br>                                            United States District Judge