1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Fax: (530) 894-8244

5  Attorneys for Plaintiff

7  DAVID FREEDMAN, SBN: 81989
   LAW OFFICES OF DAVID G. FREEDMAN
8  1800 Century Park E., 8th Floor
   Los Angeles CA 90067
9  Telephone: (310) 553-2121
   Fax: (310) 553-2111

11 Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 08cv0564 W (LSP) |
| Plaintiff, | |
| vs. | |
| SMART & FINAL STORES, LLC dba SMART & FINAL #463; SMART & FINAL PROPERTIES I, LLC, | **JOINT MOTION FOR DISMISSAL** |
| Defendants. | |

IT IS HEREBY JOINTLY REQUESTED, pursuant to settlement and release agreements between plaintiffs, BARBARA HUBBARD, and defendant, SMART & FINAL STORES, LLC dba SMART & FINAL #463; SMART & FINAL PROPERTIES I, LLC, that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41 **as to defendant SMART & FINAL STORES, LLC dba SMART & FINAL #463; SMART & FINAL PROPERTIES I, LLC, only.**

Nothing in this Joint Motion shall be construed to affect plaintiffs' complaint and claims in the above referenced case against defendant other than defendant **SMART & FINAL STORES, LLC dba SMART & FINAL #463; SMART & FINAL PROPERTIES I, LLC, only.**

Dated: June 17, 2008        DISABLED ADVOCACY GROUP, APLC

/s/    Lynn Hubbard
LYNN HUBBARD, III
Attorney for Plaintiff Barbara Hubbard

Dated: June 17, 2008        LAW OFFICES OF DAVID G. FREEDMAN

/s/    David Freedman
DAVID FREEDMAN
Attorney for Defendant Smart & Final

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF BUTTE

I, Jacqueline Martin, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

On June 17, 2008, I caused the document(s) described as: **JOINT MOTION FOR DISMISSAL** to be served on the interested parties in this action as follows:

On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption and number on this date, in the following manner:

The following is a procedure in which service of this document was effected:

(xx ) ELECTRONIC SERVICE - by causing the document to be served via the Court's ECF Filing System.

( ) OVERNIGHT DELIVERY - by causing said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

( ) FAX - by transmitting pursuant to Rules 2001 et seq., the above-described document(s) by facsimile machine (which complied with Rule 2003(3)).  The transmission originated from facsimile phone number (530) 894-8244, and was reported complete without error.  The facsimile machine properly issued a transmission report.

( ) PERSONAL SERVICE - by causing to be delivered such document by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 17, 2008           /s/ Jacqueline Martin
                               Jacqueline Martin

Joint Motion for Dismissal                                           Hubbard v. Smart & Final
of Defendant Smart & Final              - 3 -                        Case No.08cv0564 W (LSP)