FILED
2008 JUN 18 PM 4:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>  Plaintiff,<br>vs.<br><br>SMART & FINAL STORES, LLC. et. al.,<br><br>  Defendants. | CASE NO. 08-CV-0564 W (LSP)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br>(Doc. No. 7) |

On June 17, 2008 Plaintiff Barbara Hubbard ("Plaintiff") and Defendants Smart & Final Stores, LLC et. al. filed a joint motion for an order dismissing Defendants Smart & Final Stores, LLC dba Smart & Final #463; Smart & Final Properties I, LLC from this case. (Doc. No. 7.) Good cause showing, the Court **GRANTS** the parties joint motion and **DISMISSES WITH PREJUDICE** the entire action.

IT IS SO ORDERED.

DATE: June 17, 2008

　　　　　　　　　　　　　　　　HON. THOMAS J. WHELAN
　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　Southern District of California